No. 121. A. J. THIGPEN AND A. J. THIGPEN, JR., *v.* MIDLAND OIL COMPANY. Error to the Circuit Court of Appeals for the Eighth Circuit. Argued January 12, 1927. Decided January 17, 1927. *Per Curiam.* Writ of error dismissed for want of finality in the judgment of the court below, on the authority of *Keike* v. *United States,* 217 U. S. 423, 429. Application for certiorari also denied. *Mr. Frank McCoy,* with whom *Messrs. Elmer E. Grinstead* and *J. R. Speilman* were on the brief, for plaintiffs in error. *Messrs. J. W. Finley, Hayes McCoy, George A. Henshaw, Samuel N. Hawkes,* and *A. C. Hough* were on the brief for defendant in error.